THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PlentyofFish Media Inc., an entity organized )
or existing under the laws of Canada, )
                                                  Plaintiff, )
)
    v. )
) Case No. 2:12-cv-02099
FCI, Inc., a Washington corporation; LRAM )
Company B.V., an entity organized or ) **DEFENDANT FCI'S ANSWER TO**
existing under the laws of the Netherlands; ) **PLAINTIFF'S COMPLAINT**
Protecting Solutions Ltd., an entity organized )
or existing under the laws of the United )
Kingdom; Robert A. H. Leahy, an individual )
residing in British Columbia, Canada; )
Michael Tell, an individual; and John Does 1- )
5, )
)
                                             Defendants. )

COMES NOW defendant FCI, Inc. ("FCI"), and for purposes of answering plaintiff's Complaint For Computer Fraud and Trespass to Chattels (the "Complaint"), FCI hereby alleges and states as follows:

## **ANSWER**

1. Answering paragraph 1 of the Complaint, with respect to the first two sentences of paragraph 1, no answer is appropriate since such sentences just include statements of intent of plaintiff; with respect to the third sentence of paragraph 1, FCI denies these allegations.

2. Answering paragraph 2 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

DEFENDANT FCI'S ANSWER TO COMPLAINT - 1
CASE NO. 2:12-cv-02099-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

118105.0033/5576616.1

3. Answering paragraph 3 of the Complaint, FCI admits it is a Washington corporation with its principal place of business in Seattle, Washington; FCI states the website freesecretcams.com is not in operation; and FCI denies the remaining allegations.

4. Answering paragraph 4 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

5. Answering paragraph 5 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

6. Answering paragraph 6 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

7. Answering paragraph 7 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

8. Answering paragraph 8 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

9. Answering paragraph 9 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

10. Answering paragraph 10 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

11. Answering paragraphs 11 through 14 of the Complaint, FCI states it does not dispute jurisdiction and venue in this case.

12. Answering paragraphs 15, 16, 17 and 18 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

13. Answering paragraph 19 of the Complaint, FCI denies these allegations.

14. Answering paragraphs 20 and 21 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

15. Answering paragraph 22 of the Complaint, FCI denies these allegations.

DEFENDANT FCI'S ANSWER TO COMPLAINT - 2
CASE NO. 2:12-cv-02099-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

118105.0033/5576616.1

16. Answering paragraph 23 of the Complaint, since this paragraph restates prior allegations, see above regarding answer to prior allegations.

17. Answering paragraph 24 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

18. Answering paragraphs 25 through 33 of the Complaint, FCI denies these allegations.

19. Answering paragraph 34, since this paragraph restates prior allegations, see above regarding answer to prior allegations.

20. Answering paragraph 35 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

21. Answering paragraph 36 and 37 of the Complaint, FCI denies these allegations.

22. Answering paragraph 38 of the Complaint, FCI is without sufficient information or knowledge to admit or deny these allegations and therefore denies these allegations.

23. Answering paragraphs 39 and 40 of the Complaint, FCI denies these allegations.

24. Answering paragraphs 41 and 42 of the Complaint, no answer is appropriate since paragraph 41 states remedies sought by plaintiff and paragraph 42 refers to a demand for a jury trial.

25. All other allegations of the Complaint, other than those expressly admitted above, are hereby denied.

## **DEFENSES**

In further answer to plaintiff's Complaint, including by way of affirmative defenses thereto, FCI alleges as follows:

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted against FCI.

2. In the event any other defendant has any liability to plaintiff, FCI had no involvement with such other defendants and had no control over such other defendants, and FCI has no liability.

DEFENDANT FCI'S ANSWER TO COMPLAINT - 3
CASE NO. 2:12-cv-02099-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

118105.0033/5576616.1

3. FCI is not liable under the language of the Computer Fraud and Abuse Act.

4. FCI reserves its rights to supplement or amend its answer to assert any additional defenses based on facts revealed in future discovery and investigation.

## **REQUEST FOR RELIEF**

FCI hereby requests the Court grant the following relief in favor of FCI and against plaintiff as follows:

1. For the dismissal of plaintiff's Complaint with prejudice;

2. For an award of FCI's attorneys fees and costs; and

3. For any other and further relief this Court may deem just and equitable.

DATED: January 23, 2013.

LANE POWELL PC

By  *s/ Joseph E. Lynam*
Joseph E. Lynam, WSBA No. 12728
LANE POWELL PC
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338
T" 206-223-7000
F: 206-223-7017
Email: lynamj@lanepowell.com
Attorneys for Defendant FCI, Inc.

DEFENDANT FCI'S ANSWER TO COMPLAINT - 4
CASE NO. 2:12-cv-02099-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000  FAX: 206.223.7107

118105.0033/5576616.1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on January 23, 2013 the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

William O. Ferron, Jr.
Seed Intellectual Property Law Group PLLC
701 Fifth Avenue, Ste. 5400
Seattle, WA 98104
T: 206-622-4900
F: 206-682-6031
Email: billf@seedip.com

Jeffrey H. Kass
Polsinelli Shughart PC
100 South Fourth St., Ste. 1000
St. Louis, MO 63102
T; 303-572-9300
F: 303-572-7883
Email: jkass@polsinelli.com

Robert A. H. Leahy
2896 Wyndeatt Avenue
Victoria, BC, Canada V9A-2L8
T: 1-250-886-2570
Email: rleahy@rleahy.ca

EXECUTED 23 January 2013 at Seattle, Washington.

*s/ Joseph E. Lynam*
WSBA No. 12728
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
T: 206-223-7000; F: 206-223-7107
E-mail: lynamj@lanepowell.com

DEFENDANT FCI'S ANSWER TO COMPLAINT - 5
CASE NO. 2:12-cv-02099-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

118105.0033/5576616.1