The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PlentyofFish Media Inc., an entity organized or existing under the laws of Canada,<br><br>Plaintiff,<br><br>v.<br><br>FCI, Inc., a Washington corporation, LRAM Company B.V., an entity organized or existing under the laws of the Netherlands, Protecting Solutions Ltd., an entity organized or existing under the laws of the United Kingdom, Robert A. H. Leahy, an individual residing in British Columbia, Canada, Michael Tell, an individual, and John Does 1-5,<br><br>Defendants. | Civil Action No. 12-2099- RAJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LRAM COMPANY B.V.** |

PLEASE TAKE NOTICE that PlentyofFish Media Inc., Plaintiff in the above-entitled action, dismisses the action as to Defendant LRAM Company B.V. without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, permitting dismissal by the plaintiff, without order of court, by the filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment.

Respectfully submitted,

Dated: February 7, 2013       SEED IP Law Group PLLC

/s/William O. Ferron, Jr.
William O. Ferron, Jr. (WSBN 11813)
BillF@seedip.com
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Telephone: (206) 622-4900

Plaintiff's Notice of Dismissal
(12-2099- RAJ) ................................................................. 1
3221632.1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

Of counsel:

POLSINELLI SHUGHART PC
Jeffrey H. Kass
JKass@polsinelli.com
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
(314) 889-8000
Fax: (314) 231-1776

**Attorneys for Plaintiff
PLENTYOFFISH MEDIA INC.**

Plaintiff's Notice of Dismissal
(12-2099- RAJ) .................................................................. 2
3221632.1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on February 7, 2013 the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Robert A. H. Leahy
2896 Wyndeatt Avenue
Victoria, BC, Canada V9A-2L8
T: 1-250-886-2570
Email: rleahy@rleahy.ca

Joseph E. Lynam, WSBA No. 12728
LANE POWELL PC
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338
T: 206-223-7000
F: 206-223-7017
Email: lynamj@lanepowell.com

The undersigned further certifies under penalty of perjury under the laws of the State of Washington, that on February 7, 2013 the foregoing document was sent via US Mail to the following recipients:

Protecting Solutions Ltd.
c/o Moniker Privacy Services
1800 SW 1st Ave, Suite 440
Portland, OR 97201

/s/William O. Ferron, Jr.

Plaintiff's Notice of Dismissal
(12-2099- RAJ) .................................................................. 3
3221632.1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900