The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PlentyofFish Media Inc., an entity organized or existing under the laws of Canada,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FCI, Inc., a Washington corporation, LRAM Company B.V., an entity organized or existing under the laws of the Netherlands, Protecting Solutions Ltd., an entity organized or existing under the laws of the United Kingdom, Robert A. H. Leahy, an individual residing in British Columbia, Canada, Michael Tell, an individual, and John Does 1-5,<br><br>　　　　　Defendants. | Civil Action No. 12-2099- RAJ<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

　　Plaintiff PlentyofFish Media Inc, Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and with the undersigned consent of counsel for Defendant FCI, Inc., stipulate to the dismissal without prejudice of the claims against FCI, Inc.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  February 14, 2013　　　　**SEED IP Law Group PLLC**


　　　　　　　　　　　　　　　　/s/William O. Ferron, Jr.
　　　　　　　　　　　　　　　　William O. Ferron, Jr. (WSBN 11813)
　　　　　　　　　　　　　　　　BillF@seedip.com
　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 5400
　　　　　　　　　　　　　　　　Seattle, Washington 98104
　　　　　　　　　　　　　　　　Telephone: (206) 622-4900

Plaintiff's Notice of Dismissal
(12-2099- RAJ) .................................................................. 1
3221638.1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON  98104
(206) 622-4900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Of counsel:

POLSINELLI SHUGHART PC
Jeffrey H. Kass
JKass@polsinelli.com
100 S. Fourth Street, Suite 1000
St. Louis, MO  63102
(314) 889-8000
Fax:  (314) 231-1776

*Attorneys for Plaintiff*
**PLENTYOFFISH MEDIA INC.**


**LANE POWELL PC**

/s/Joseph E. Lynam
Joseph E. Lynam, WSBA No. 12728
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338
T: 206-223-7000
F: 206-223-7017
Email: lynamj@lanepowell.com

***ATTORNEY FOR FCI, INC.***

Plaintiff's Notice of Dismissal
(12-2099- RAJ) .................................................................. 2
3221638.1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON  98104
(206) 622-4900

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on February 14, 2013 the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Robert A. H. Leahy
2896 Wyndeatt Avenue
Victoria, BC, Canada V9A-2L8
T: 1-250-886-2570
Email: rleahy@rleahy.ca

The undersigned further certifies under penalty of perjury under the laws of the State of Washington, that on February 14, 2013 the foregoing document was sent via US Mail to the following recipients:

Protecting Solutions Ltd.
c/o Moniker Privacy Services
1800 SW 1st Ave, Suite 440
Portland, OR 97201

/s/William O. Ferron, Jr.
William O. Ferron, Jr.

Plaintiff's Notice of Dismissal
(12-2099- RAJ) .................................................................. 3
3221638.1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104
(206) 622-4900